**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

JESSICA A. LUKE, SB# 273047
  E-Mail: Jessica.Luke@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
WEST EL CAMINO PROPERTIES, L.P.;
SUNNYVALE/SANTA CLARA EL POLLO LOCO, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CECIL SHAW,<br><br>            Plaintiff,<br><br>  vs.<br><br>WEST EL CAMINO PROPERTIES, L.P.; SUNNYVALE/SANTA CLARA EL POLLO LOCO, LLC,<br><br>            Defendants. | CASE NO. CV13-02823 JST<br><br>**STIPULATION TO STAY INSPECTION PENDING SETTLEMENT NEGOTIATIONS**<br><br>Trial Date:      None Set |

Plaintiff CECIL SHAW ("Plaintiff") and Defendants WEST EL CAMINO PROPERTIES, L.P., and SUNNYVALE/SANTA CLARA EL POLLO LOCO, LLC, ("Defendants"), through their counsel of record and pursuant to Civil Local Rule 6-2, stipulate to stay the inspection pending settlement negotiations.  .

/ / /

**STIPULATION**

WHEREAS, the Parties have agreed to a stay on the Joint Site Inspection and all deadlines flowing from that date in order to engage in settlement discussions;

WHEREAS, Plaintiffs originally filed this action on June 19, 2013;

WHEREAS, pursuant to the Scheduling Order For Cases Asserting Denial of Right of Access Under Americans With Disabilities Act Title II & III (U.S.C. §§12131-89) the Parties are to conduct a joint site inspection by October 2, 2013;

WHEREAS, upon mutual agreement, Plaintiff and Defendants stipulate and agree to a thirty (30) day stay on the site inspection and all deadlines flowing from that date, including the meet and confer deadline and mediation deadline in order to facilitate settlement negotiations;

WHEREAS, this extension of time will alter the following deadlines set by the Court: Last Day for Joint Site Inspection (10/2/2013); Last Day for Parties to Meet and Confer in Person to Discuss Settlement (28 days after joint inspection); and Last day for Plaintiff to file "Notice of Need for Mediation" (42 days after joint site inspection);

ACCORDINGLY, Plaintiff and Defendants hereby stipulate to an extension of time to November 1, 2013 to hold the Joint Site Inspection.

DATED: October 2, 2013          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Jessica A. Luke
Melissa T. Daugherty
Jessica A. Luke
Attorneys for Defendants
WEST EL CAMINO PROPERTIES, L.P., and SUNNYVALE/SANTA CLARA EL POLLO LOCO, LLC

DATED: October 2, 2013                MOORE LAW FIRM, P.C.


                                      By:   /s/ Tanya E. Moore
                                             Tanya E. Moore
                                             Attorney for Plaintiff
                                             CECIL SHAW


**IT IS SO ORDERED** that the Joint Site Inspection will be continued for thirty (30) days to enable the Parties to engage in settlement discussions.

DATED: October 4, 2013

*IT IS SO ORDERED*
*Judge Jon S. Tigar*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*