UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>    Plaintiff,<br><br>    v.<br><br>WEST EL CAMINO PROPERTIES, L.P., et al.,<br><br>    Defendants. | Case No.  13-cv-02823-JST<br><br>**ORDER GRANTING PARTIES' SECOND STIPULATION TO STAY INSPECTION PENDING SETTLEMENT NEGOTIATIONS**<br><br>Re: ECF No. 13 |

Pursuant to the parties' second stipulation, ECF No. 13, the last day for the Joint Site Inspection will be continued for thirty (30) days to December 1, 2013.  The Court is unlikely to extend this deadline a third time for any reason, and will not extend it again on the grounds that the parties are exploring settlement.

The Court is particularly likely to be unmoved by another request – this is the second one so far in this case – for a deadline extension filed on or after the deadline in question.

**IT IS SO ORDERED.**

Dated:  November 7, 2013

_____
JON S. TIGAR
United States District Judge