UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CECIL SHAW,<br><br>       Plaintiff,<br><br>   v.<br><br>WEST EL CAMINO PROPERTIES, L.P., et al.,<br><br>       Defendants. | Case No. 13-cv-02823-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 15 |

    Plaintiff in this case stated on the record on November 26, 2013, that he has settled this action with all defendants. ECF No. 15. Accordingly, all deadlines and hearings in this case, including the December 1 deadline to conduct a Joint Site Inspection, are VACATED. By January 10, 2013, the parties shall file either a stipulation of dismissal signed by all parties who have appeared, or a one-page joint statement explaining why they failed to comply with this Order.

    Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

    **IT IS SO ORDERED**.

Dated: November 26, 2013

                                          JON S. TIGAR
                                      United States District Judge